DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUFUS MITCHELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-0023

[March 21, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 10-16183CF10A.

Rufus Mitchell, Lake Worth, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***